UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIKA PARKER,<br><br>          Petitioner,<br><br>    v.<br><br>ANTWAUN BILLOUPS,<br><br>          Respondent. | No.  2:16-cv-02008-KJM-EFB (PS)<br><br><br><br>ORDER |

On December 21, 2017, the Clerk of the Court closed this case after the court dismissed plaintiff's complaint with leave to amend, and plaintiff failed to file an amended complaint. ECF Nos. 8 & 9. Judgment was duly entered. ECF No. 10. Now, over five years later, plaintiff has filed two documents, one entitled "Amendment: Complaint," and the other entitled "Amendment -New Filing." ECF Nos. 11 & 12. The court takes no action on these filings. The court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated:  July 28, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE